UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| KEVIN MANNING SHORT, | |
|---|---|
| Plaintiff, | |
| v. | 3:20-CV-0098-MMD-CLB |
| STEVE SISOLAK, et. al., | **ORDER** |
| Defendant. | |

## I. DISCUSSION

On February 12, 2020, Plaintiff, an inmate in the custody of the Stewart Conservation Camp,[1] submitted a civil rights complaint under 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*. (ECF No. 1; 1-1). Plaintiff's application to proceed *in forma pauperis* is incomplete.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $400 filing fee. To apply for *in forma pauperis* status, the inmate must submit <u>all three</u> the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Plaintiff has not submitted a signed copy of the financial certificate nor has he provided a copy of his inmate prison trust account statement for the previous six-month

---

[1] Plaintiff was formerly incarcerated at Northern Nevada Correctional Center.

1    period.  Accordingly, the Court denies Plaintiff's application to proceed *in forma pauperis*
2    (ECF No. 1). without prejudice because the application is incomplete.  The Court will grant
3    Plaintiff a **one-time extension** to file a fully complete application to proceed *in forma*
4    *pauperis* on this Court's approved form and containing all three of the required
5    documents.  Plaintiff will file a fully complete application to proceed *in forma pauperis* on
6    or before Monday, June 15, 2020.  Absent unusual circumstances, the Court will not grant
7    any further extensions of time.  If Plaintiff is unable to file a fully complete application to
8    proceed *in forma pauperis* with all three required documents on or before Monday, June
9    15, 2020, the Court will dismiss this case without prejudice for Plaintiff to file a new case
10   with the Court when Plaintiff is able to acquire all three of the documents needed to file a
11   fully complete application to proceed *in forma pauperis*.   To clarify, a dismissal without
12   prejudice means Plaintiff does not give up the right to refile the case with the Court, under
13   a new case number, when Plaintiff has all three documents needed to submit with the
14   application to proceed *in forma pauperis*.  Alternatively, Plaintiff may choose not to file an
15   application to proceed *in forma pauperis* and instead pay the full filing fee of $400 on or
16   before Monday, June 15, 2020 to proceed with this case.  The Court will retain Plaintiff's
17   civil rights complaint (ECF No. 1-1), but the Court will not file the complaint unless and
18   until Plaintiff timely files a fully complete application to proceed *in forma pauperis* with all
19   three documents or pays the full $400 filing fee.

20   **I.    CONCLUSION**

21         For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed
22   *in forma pauperis* (ECF No. 1.) is denied without prejudice to file a new fully complete
23   application to proceed *in forma pauperis* with all three documents.

24         IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the
25   approved form application to proceed *in forma pauperis* by an inmate, as well as the
26   document entitled information and instructions for filing an *in forma pauperis* application.

27         IT IS FURTHER ORDERED that on or before Monday, June 15, 2020, Plaintiff will
28   either pay the full $400 filing fee for a civil action (which includes the $350 filing fee and

the $50 administrative fee) or file with the Court:

    (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3),

    (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

    (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

    IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $400 filing fee for a civil action on or before Monday, June 15, 2020, the Court will dismiss this action <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis*.

    IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No.1-1) but will not file it at this time.

    DATED: April 17, 2020.

                                              UNITED STATES MAGISTRATE JUDGE